OTTO COOK, PLAINTIFF-RESPONDENT, v. ALEXANDER FARKAS, TRADING AS A. & H. TRUCKING COMPANY, DEFENDANT-PETITIONER.

*Messrs. Ryan & Saros* and *Mr. David I. Stepacoff* for the petitioner.

*Mr. Joseph A. Pennica* and *Messrs. O'Connor, Morss & Mancini* for the respondent.

February 8, 1954. Denied.

GENEVIEVE T. WOODHOUSE, PLAINTIFF-PETITIONER, v. RICHARD P. WOODHOUSE, DEFENDANT-RESPONDENT.

See same case below: 28 *N. J. Super.* 63.

*Mr. Charles H. Roemer* and *Mr. Manuel Korn* for the petitioner.

February 8, 1954. Granted.